UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| ROBERT ALEXANDER GIBBONS )<br>    *Plaintiff,* )<br> )<br>vs. )<br> )<br>UNITED STATES OF AMERICA, )<br>    *Defendant.* )<br> ) | COMPLAINT |

Plaintiff, Robert Alexander Gibbons ("Plaintiff"), complaining of Defendant, alleges and says:

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to the Federal Tort Claims Act ("FTCA"), 28 USC, Section 1346(b)(1), as this action arises from the negligence of an employee of the United States Postal Service ("USPS").

2. Venue is proper in the Middle District of North Carolina, Greensboro Division, pursuant to 28 USC, Section 1402(b) because the acts and omissions giving rise to this claim occurred in this District.

vehicle being operated by McDonough, at the time of the subject accident on or about July 6, 2023.

9. On or about July 6, 2023, Plaintiff was on his motor scooter traveling westbound on Morehead Avenue in Greensboro, North Carolina.

10. Suddenly and without warning, McDonough, who was parked on the side of the road facing west on Morehead Avenue, initiated a three-point turn, pulled into the traffic lanes without regard for advancing traffic, and struck Plaintiff and Plaintiff's scooter, causing Plaintiff to be thrown from his scooter. As a direct and proximate result of the collision, Plaintiff has suffered permanent debilitating injuries to his person that will continue to cause him pain, suffering, and discomfort therefore requiring that he seek on-going medical treatment in the future.

## CAUSE OF ACTION
(Negligence)

11. Plaintiff re-alleges and incorporates by reference all preceeding paragraphs as if fully set forth herein.

12. At all relevant times, McDonough owed a duty of care to operate his vehicle in a reasonably safe manner.

13. McDonough, while in the course and scope of his employment with USPS and while driving a vehicle owned by USPS,

## DAMAGES

18. As a direct and proximate result of Defendant's negligence, Plaintiff has suffered serious personal injuries including, but not limited to:

    a. Displaced fracture of the distal fibula;

    b. Shoulder and arm pain;

    c. Concussion;

    d. Cervicogenic headaches;

    e. Post-concussional syndrome;

    f. Adjustment disorder with anxiety;

    g. Depression; and

    h. Chronic post-traumatic headaches.

19. As a direct and proximate result of McDonough's and Defendant's negligence, Plaintiff has suffered serious physical and mental injury, great pain and suffering, loss of earning capacity, has incurred hospital and medical expenses, and will continue to suffer future medical expenses, and has been otherwise damaged.

20. Plaintiff has expended, and will continue to expend, large sums for medical expenses.

Dated: June 26, 2025

                                                  Respectfully submitted,

                                                  /s/Raboteau T. Wilder, Jr.

                                                  Raboteau Wilder, Jr.
                                                  NC State Bar ID No. 5891
                                                  Wilder Law Group, PLLC.
                                                  3501 Monroe Road
                                                  Charlotte, North Carolina 28205
                                                  (704) 342-2243
                                                  rob@wilderlawgroup.com
                                                  *Attorney For Plaintiff*